MITCHELL v. STONER, TREASURER OF PLACER CO.

The special act of the Legislature, approved April 4, 1857, fixing the compensation of the county clerk of the county of Placer at $3,000, was intended in lieu of all fees for services rendered the county.

APPEAL from the District Court of the Eleventh Judicial District, County of Placer.

This was an agreed case. By the agreed statement of facts it appears that plaintiff, Tabb Mitchell, was county clerk of Placer county, and that by virtue thereof, he was *ex officio* clerk of the board of equalization, auditor and recorder of said county, and as such, is entitled to the compensation and profits of said office since the second day of June, 1857.

The assessor of said county sold three hundred and eighty poll-tax receipts in the month of September, 1857, amounting to the sum of $1,520. That $684 of said amount goes into the State treasury, and that plaintiff's per centage on that amount has been paid to him, but not upon the proportion of said funds going to the county. During the same month the sheriff of said county sold one hundred foreign miners' licenses, at $4 each—$400, which was, after deducting the fees of sheriff, paid to said treasurer. Plaintiff, as such clerk, claims $25 08, his per centage on said sums of money going into the county treasury, and also the sum of $12, due him as recorder, and has demanded the same from the defendant, as treasurer of said county, and that the treasurer has refused to pay said several sums of money on the ground that the act of the fourth of April, 1857, fixed the compensation of said county clerk at $3,000 for all services rendered the county.

Upon this state of facts, plaintiff applied to the Court below for a *mandamus* to compel the defendant to pay said sums of money. The Court refused to order the writ, and gave judgment for the defendant, from which plaintiff appealed to this Court.

*James Anderson* for Appellant.

*Thomas & Hawkins* for Respondent.

BURNETT, J., delivered the opinion of the Court—TERRY, C. J., concurring.

*Mandamus* to compel the defendant, as treasurer of Placer county, to pay the plaintiff, as clerk of said county, certain per centage upon the amount of poll and foreign miners' tax col-

lected in said county. The writ was dismissed by the District Court, and the plaintiff appealed.

The special act of the Legislature, approved April 4th, 1857, fixed the compensation of clerk at $3,000. We think this was intended in lieu of all fees for any and all services rendered for the county. The case comes within the spirit and intent of the act.

We think the judgment of the District Court should be affirmed.